# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL ANTONIO MURILLO-RAMOS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00375-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 47 |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 24, 2020 at 1:30 p.m., be vacated and continued to August 3, 2020, at 3:00 p.m.

   DATED this 22nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE