UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANTONIO MURILLO-RAMOS,<br><br>Defendant. | Case No. 2:17-cr-00375-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 49 |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, August 3, 2020 at 3:00 p.m., be vacated and continued to October 13, 2020, at 3:00 p.m.

   DATED this 28th day of July, 2020.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

3