NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-6418
kimberly.frayn@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MIGUEL ANTONIO MURILLO-RAMOS,<br><br>   Defendant. | Case No.:  2:17-cr-00375-JAD-NJK<br><br>**Stipulation to Continue Supervised Release Revocation Hearing**<br>(Third Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Kathryn C. Newman, Assistant Federal Public Defender, counsel for MIGUEL ANTONIO MURILLO-RAMOS, ("Murillo"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for March 1, 2020 at 2:00 p.m., be continued and reset to a date and time convenient to this Court, but not sooner than two weeks from the current setting for the following reasons:

   1.   On or about October 13, 2020, Murillo appeared on the petition seeking to revoke his supervised release. The Court continued the revocation hearing to February 22, 2021, in

order that the parties could resolve case number 2:200cr-114-JCM-NJK prior to taking up the revocation matter. ECF 53. On February 12, 2021, Murrillo pleaded guilty to a new violation of 8 U.S.C. § 1326, and was sentenced to 46 months in custody, followed by a 3-year term of supervision in case number 2:200cr-114-JCM-NJK, ECF 31.

2. On February 16, 2021, the Court rescheduled the revocation hearing to March 1, 2021 at 2:00 pm, ECF 54.

3. Government counsel has a scheduling conflict for the March 1 hearing date. The parties have agreed to continue the supervised release revocation hearing to a date and time convenient to this Court, but not sooner than two weeks from the current setting, so that the government can have continuity of counsel.

4. The defendant is incarcerated but does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

…

7. This is the third stipulation to continue the hearing.

DATED this 26th day of February, 2021.

                                          Respectfully submitted,

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

*/s/ Kathryn C. Newman*                 */s/ Kimberly Frayn*
KATHRYN C. NEWMAN                KIMBERLY FRAYN
Assistant Federal Public Defender    Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANTONIO MURILLO-RAMOS,<br><br>Defendant. | Case No. 2:17-CR-00375-JAD-NJK<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that: 1.   On or about October 13, 2020, Murillo appeared on the petition seeking to revoke his supervised release. The Court continued the revocation hearing to February 22, 2021, in order that the parties could resolve case number 2:200cr-114-JCM-NJK prior to taking up the revocation matter. ECF 53. On February 12, 2021, Murrillo pleaded guilty to a new violation of 8 U.S.C. § 1326, and was sentenced to 46 months in custody, followed by a 3-year term of supervision in case number 2:200cr-114-JCM-NJK, ECF 31.

2.   On February 16, 2021, the Court rescheduled the revocation hearing to March 1, 2021 at 2:00 pm, ECF 54.

3.   Government counsel has a scheduling conflict for the March 1 hearing date. The parties have agreed to continue the supervised release revocation hearing to a date and time

4

convenient to this Court, but not sooner than two weeks from the current setting, so that the government can have continuity of counsel.

4. The defendant is incarcerated but does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the revocation hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

7. This is the third stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for March 1, 2021, be vacated and continued to March 29, 2021, at 2:00 p.m.

DATED this 28th day of February, 2021

_____
HONORABLE JENNIFER A. DORSEY
United States District Judge